**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| In The Matter Of:<br><br>**Beverly Joyce Reed-Smith**<br><br><br>Debtor,<br><br>Bayview Loan Servicing, LLC, a Delaware Limited Liability Company<br><br>Objecting Creditor,<br><br>**Beverly Joyce Reed-Smith**<br><br><br>Respondent(s) | Case Number 18-45804-659<br><br>Chapter 13<br><br>Re: Doc 30<br><br>**<u>AGREED ORDER IN SETTLEMENT OF BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY'S OBJECTION TO CONFIRMATION</u>** |

COME NOW, the parties and agree to the following in the settlement of the Bayview Loan Servicing, LLC, a Delaware Limited Liability Company's Objection to Confirmation (doc 30):

1. Debtor scheduled a secured debt to Creditor in the form of a Deed of Trust on Debtor real property located at 6323 Audrey Ave, Saint Louis, MO 63133.
2. The Chapter 13 Plan filed by the Debtor proposes payment of the mortgage debt on the property locate at 6323 Audrey Ave, Saint Louis, MO 63133.
3. Debtor is not a signatory to the Note and is thus not liable for the debt or entitled to the relevant financial information.
4. Debtor is an heir to the deceased borrower.
5. Creditor is authorized to file all necessary pleadings and/or claims and include account balance information. Further, any communication conducted with Counsel for the Debtor in the course of the Bankruptcy may also include account balance information.
6. Said pleadings and communication cannot be considered a violation of any privacy act. It is therefore,

**Ordered** that the Objection to Confirmation of Plan (doc 30) is **SETTLED** in that Creditor is authorized to file all necessary pleadings and/or claims and include account balance information. Further, any communication conducted with Counsel for the Debtor in the course of the Bankruptcy may also include account balance information. It is further,

**Ordered** that said pleadings and communication cannot be considered a violation of any privacy act.

                                                                     *Kathy A. Surratt-States*
                                             KATHY A. SURRATT-STATES
                                             Chief United States Bankruptcy Judge

DATED: November 9, 2018
St. Louis, Missouri
rjb

Order Prepared and Submitted by:
Millsap & Singer, LLC

/s/ Suzanne Rechtin Reinhold
Suzanne Rechtin Reinhold, #26967
Law Centers of Robert Reinhold
Attorney for Debtor
512 Huntercreek Ct.
St. Louis, MO 63131
Telephone: (314) 842-4445
Facsimile: 13145527334@myfax.com
reinlaw@aol.com

/s/ Stewart C. Bogart
Cynthia M. Kern Woolverton, #47698, #47698MO
William T. Holmes, II, #59759, #59759MO
Stewart C. Bogart, #67956, #67956MO
Attorneys for Movant
612 Spirit Drive
St. Louis, MO
Telephone: (636) 537-0110
Facsimile: (636) 537-0067
bkty@msfirm.com

COPIES TO:

Cynthia M. Kern Woolverton
William T. Holmes, II
Stewart C. Bogart
Attorneys for Movant
612 Spirit Drive
St. Louis, MO  63005

Beverly Joyce Reed-Smith
6323 Audrey Ave.
Wellston, MO 63133

Suzanne Rechtin Reinhold
Law Centers of Robert Reinhold
Attorney for Debtor
512 Huntercreek Ct.
St. Louis, MO 63131

Diana S. Daugherty
Office of the Chapter 13 Trustee
Chapter 13 Trustee
P. O. Box 430908
St. Louis, MO 63143



Office of the U.S. Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th St., Suite 6353
St. Louis, MO 63102

